# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Northrop Grumman Corporation ) ASBCA Nos. 61331, 61332, 61501
)
Under Contract No. F33657-01-C-4600 )

APPEARANCES FOR THE APPELLANT: Thomas A. Lemmer, Esq.
Phillip R. Seckman, Esq.
K. Tyler Thomas, Esq.
  Dentons US LLP
  Denver, CO

APPEARANCES FOR THE GOVERNMENT: Arthur M. Taylor, Esq.
DCMA Deputy Chief Trial Attorney
Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: October 9, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61331, 61332 and 61501, Appeals of Northrop Grumman Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals